

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00610-CV

**LAREDO MERCHANTS ASSOCIATION,**
Appellant

v.

**CITY OF LAREDO**, Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015-CVQ-00-1077-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and judgment is RENDERED in favor of the Laredo Merchants Association that section 33-455 of the Laredo City Code of Ordinances is preempted by section 361.0961 of the Solid Waste Disposal Act, and therefore unenforceable as a matter of law. The cause is REMANDED to the trial court to consider the issue of attorney's fees.

We order that appellant Laredo Merchants Association, recover its cost of appeal, if any, from appellee City of Laredo.

SIGNED August 17, 2016.

_____
Marialyn Barnard, Justice